IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONYA SHARITY RODGERS                                        PLAINTIFF

v.                              No. 3:24-cv-188-DPM

T-MOBILE, Assurance/Metro;
SHERLISA THOMAS;  CANDICE
NEWTON;  and DOES, All Microsoft
Inc. Workers                                                 DEFENDANTS

## ORDER

1.    Rodgers's application to proceed *in forma pauperis*, *Doc. 1*, is granted.  She reports living on social security disability income.

2.    The Court must screen Rodgers's complaint.  28 U.S.C. § 1915(e)(2).  She claims that, without her knowing, she was subjected to research that made her cochlear hearing aid implants compatible with electronic devices.  She also says she has been subjected to an online scam resulting in her email address being available for anyone's use.  She seeks $385 million and asks the Court to change her social security number and date of birth.  The Court sees no actionable federal or state claim.  Her allegations that the defendants studied her without her permission are fanciful and fail to state a claim.  *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992);  28 U.S.C. § 1915(e)(2)(B).  The Court will dismiss the case without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_2 December 2024_