# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TONYA SHARITY RODGERS**                                    **PLAINTIFF**

v.                          No. 3:24-cv-188-DPM

**T-MOBILE, Assurance/Metro;
SHERLISA THOMAS; CANDICE
NEWTON; and DOES, All Microsoft
Inc. Workers**                                               **DEFENDANTS**

## JUDGMENT

Rodger's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 December 2024